### J. H. SLAPE V. THE STATE.

No. 9868.  Delivered Nov. 4, 1925.

**Perjury—No Statement of Facts—No Bill of Exception.**

No statement of facts and no bill of exception appearing in the record, the indictment being sufficient, the cause is affirmed.

Appeal from the District Court of Grayson County.  Tried below before the Hon. F. E. Wilcox, Judge.

Appeal from a conviction of perjury, penalty two years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the District Court of Grayson County of perjury, and his punishment fixed at two years in the penitentiary.

The record is unaccompanied by either a statement of facts or bill of exceptions. The indictment is sufficient and is followed by a correct presentation of the law in the charge of the court.

No error appearing, the judgment will be affirmed.

*Affirmed.*